UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OTIS ELEVATOR COMPANY,

    Plaintiff,

Case No. 03-CV-71478

vs.

HON. GEORGE CARAM STEEH

HUNT CONSTRUCTION
GROUP, INC.,

    Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on defendant's motion for summary judgment, and in accordance with the court's order granting defendant's motion entered on June 3, 2005,

IT IS ORDERED AND ADJUDGED that judgment is hereby GRANTED in favor of defendant.

DAVID J. WEAVER
CLERK OF THE COURT

By: s/Josephine Chaffee
   Deputy Clerk